# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**

**CRIMINAL COMPLAINT**

v.

(Un-Redacted)

**OLIVER HURLEY**

CASE NUMBER: 20-04158MJ-01-PLT CDB

I, Special Agent John Garcia, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Count 1

**On or about August 7, 2020, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, OLIVER HURLEY, an Indian, did intentionally and knowingly assault Nicholas Ellis, with a dangerous weapon, a rock, with intent to do bodily harm.**

**In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).**

I further state that I am a Special Agent with the Federal Bureau of Investigation, United States Department of Justice and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT INCORPORATED BY REFERENCE HEREIN.**

Continued on the attached sheet and made a part hereof:      ☒   Yes   ☐   No

REVIEWED BY: */s AUSA Jason Crowley*

__X__   Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

John Garcia, Special Agent FBI
Complainant's Name and Title

Signature of Complainant

Telephonically Sworn and Subscribed,

August 11, 2020 at 12:40pm   at
Date/Time

Flagstaff, Arizona
City and State

Hon. Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, **Special Agent John Garcia**, being duly sworn, state the following:

1.      I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been so employed since January of 2019. Your affiant previously served as a sworn law enforcement officer for approximately 10 years with the Savannah Police Department, Savannah, GA.   In this assignment, your affiant was a criminal investigator and received extensive training in criminal investigations.   Additionally, your affiant served as a deputized Task Force Officer (TFO) with the FBI in Savannah.   I am an investigative law enforcement officer of the United States, and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 of the United States Code.   -

1. .     This affidavit is based primarily on the investigation, observations, and/or interviews of Navajo Nation Police Officers, Criminal Investigators, and the FBI, as well as the investigations, observations, and/or experiences of other law enforcement officers and/or witnesses, including those described in this affidavit.   This information has been provided to me by way of police reports, court filings, and verbal statements.   Due to the fact that this affidavit is being made to establish probable cause, I have not listed each and every fact known regarding this investigation.

2.      This case involves a violation of 18 U.S.C. §1153 and 18 U.S.C. § 113(a)(3) Assault with a Dangerous Weapon.   The events described in this document occurred

1

within the confines of the Navajo Nation Indian Reservation, in the District of Arizona, unless otherwise described in this Affidavit, on or about August 7, 2020.

3.      Oliver Hurley (HURLEY) is a Navajo Indian.   He is a recognized member of the Navajo Nation Indian Tribe, a federally recognized Indian Tribe.   He has a Certificate of Indian Blood issued by the Navajo Nation.

4.      Navajo Nation officers were called to Inscription House, Arizona for a report of a dead body on August 8, 2020. The reporting party, Kailberta Hurley (Kailberta), stated she found the victim, Nicholas Ellis (Ellis), deceased.

5.      SA John Garcia was notified of the homicide investigation on August 10th, 2020. SA John Garcia conducted an interview with Kailberta on August 10th, 2020. Kailberta stated she was with Ellis in Kaibeto, Arizona on Friday, August 7. At approximately 9-10 p.m., Kailberta's uncle, HURLEY, arrived with an unknown long-haired Navajo man. Kailberta, Ellis, HURLEY, and the unknown man began drinking. After approximately thirty minutes they left and began driving. At mile post 346.5 on Route 98 they turned right and continued drinking on a hill.

6.      Kailberta stated at approximately midnight, Ellis became jealous that the unknown male was talking with her. Ellis threw Kailberta to the ground by the neck. Then Ellis and HURLEY got into a fight. Kailberta described that HURLEY and Ellis were "fist fighting", and HURLEY knocked Ellis to the ground. Kailberta saw HURLEY pick up a rock and drop it onto Ellis. HURLEY told Kailberta to leave and go home, because HURLEY and ELLIS were going to talk it out. Kailberta and the unknown Navajo man left to Kailberta's house. While she was leaving, she heard Ellis say something to the effect

2

of "hey bro it won't happen again, it won't happen again."

7.      The next morning, Kailberta woke up and noticed Ellis did not come home. Kailberta spoke with HURLEY. Kailberta heard something to the effect of HURLEY saying "I may have beat him and hurt him." Kailberta went back to the place where she last saw Ellis. She found him deceased. He looked like he had crawled away from where Kailberta saw HURLEY drop the rock on him.

8.      SA John Garcia interviewed HURLEY on August 10, 2020. HURLEY was asked if he had an altercation with Ellis. HURLEY denied being in an altercation. HURLEY stated he was with the group and traveled to a hill where HURLEY and Ellis were drinking alcoholic beverages. This location is the same location where Ellis' body was found. HURLEY then stated he did get into an altercation with Ellis. HURLEY confronted Ellis about choking his niece. HURLEY described an altercation where HURLEY was punched in the mouth by Ellis and fell to the ground. HURLEY did not fight Ellis then HURLEY asked to go home.

9.      Later in the interview, HURLEY stated he confronted Ellis about choking his niece. Ellis told HURLEY "it won't happen again," and HURLEY believed everything was ok between him and Ellis. At that time, HURLEY claimed that he (HURLEY) accidentally fell and hit his mouth. It cracked HURLEY's tooth and busted HURLEY's lip. HURLEY alleged that he told Kailberta that he had fallen while talking to Ellis.

10.     HURLEY was asked about the altercation again. HURLEY stated that he fought Ellis after confronting Ellis about choking his niece. Ellis hit HURLEY and knocked him to the ground. Ellis punched HURLEY in the mouth and came at him. HURLEY stated

3

they grabbed each other but doesn't remember anything after that because HURLEY was drinking alcohol.

11.    HURLEY was asked about the comments made to Kailberta the next day. HURLEY stated he told her he might have hurt him (Ellis). HURLEY gave his phone to Kailberta to call the police.

12.    Navajo investigators searched the scene where Ellis' body was located. They found a large rock with a red substance consistent with blood near where the body was found. They also found a shattered wood stick. Pieces of the stick were found near where the group was drinking and where the body was found. The pieces of stick had a red substance consistent with blood on it. They also noticed a disturbance in the desert ground from the drinking location to where a consistent amount of red substance was located near the body.

13.    `Based on the foregoing, I believe that there is probable to cause to support that on or about August 7, 2020, within the confines of the Navajo Nation Indian Reservation, Oliver HURLEY did commit a violation of 18 U.S.C. § 1153 and 18 U.S.C. § 113(a)(3) Assault with a Dangerous Weapon.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.**

_____          _____8/11/2020_____
John Garcia                                              Date
Special Agent, FBI

X SWORN BY TELEPHONE

TELEPHONICALLY SWORN AND SUBSCRIBED to before me this 11th day of

August, 2020

_____                    _August 11, 2020_
Honorable Camille D. Bibles                                        Date
United States Magistrate Judge

5