(Rev. 4/18)

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 1 4 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES PROBATION
# DISTRICT OF ARIZONA

## NOTICE OF RELATED CASES

**Defendant: Oliver Lee Hurley**

Docket No: <u>CR-18-08400-001-PCT-~~DMF~~</u> *DWL*
Docket No: <u>MJ-20-04158-001-PCT-CDB</u>

Local Rule Criminal 5.1(a)(1), refers to the matter of a defendant charged with a new crime and currently on supervised release, stating the new case shall be assigned to the Judge presiding over the revocation proceedings.

The Probation Office for the District of Arizona hereby notifies the Clerk's Office that:

A petition has been filed to revoke the above named defendant's supervision. The Clerk of the Court is requested to assign the new case to the Honorable Dominic W. Lanza as revocation/disposition proceedings are pending. The current number assigned to this new case is MJ-20-04158-001-PCT-CDB.

_____
Lindsay Riess
Senior U.S. Probation Officer
Lindsay_Riess@azd.uscourts.gov

8/13/2020
Date

COURT/ CLERK'S OFFICE/ FILE