MICHAEL BAILEY
United States Attorney
District of Arizona

JASON CROWLEY
Arizona State Bar No. 025427
Email: Jason.Crowley@usdoj.gov
AMY C. CHANG
Arizona State Bar No. 027566
Email: Amy.Chang@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Oliver Lee Hurley, <br><br> Defendant. | No. CR-20-08085-PCT-DWL (JZB) <br><br> **R E D A C T E D** <br><br> **I N D I C T M E N T** <br><br> VIO: 18 U.S.C. §§ 1153, 2241(c) and 2246(2) <br> (CIR – Aggravated Sexual Abuse of a Child) <br> Count 1 <br><br> 18 U.S.C. §§ 1153, 2244(a)(5) and 2246(3) <br> (CIR – Abusive Sexual Contact of a Child) <br> Count 2 <br><br> 18 U.S.C. §§ 1153, 113(a)(3) <br> (CIR – Assault with a Dangerous Weapon) <br> Count 3 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about between November 12, 2017, and December 19, 2018, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the

defendant, OLIVER LEE HURLEY, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child who had attained the age of 12, but had not attained the age of 16, and was at least four years younger than the defendant, by using force against her. The sexual act involved contact between the defendant's penis and the victim's vulva, upon penetration however slight, and is specifically alleged to have occurred in the defendant's trailer.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246(2).

## COUNT 2

On or about between November 12, 2017, and December 19, 2018, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, OLIVER LEE HURLEY, an Indian, did knowingly engage in a sexual contact with the victim, Jane Doe, a child who had attained the age of 12, but had not attained the age of 16, and was at least four years younger than the defendant, by using force against her. The sexual contact involved the intentional touching, through the clothing, of the victim's genitalia with the defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant, and is specifically alleged to have occurred during the same incident as the sexual act charged in Count 1.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(5) and 2246(3).

## COUNT 3

On or about August 7, 2020, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, OLIVER LEE HURLEY, an Indian, did intentionally and knowingly assault the victim, N. E., with a dangerous weapon, that is, a rock, with the intent to do bodily harm.

/ / /

/ / /

/ / /

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

A TRUE BILL

*S/*
_____
FOREPERSON OF THE GRAND JURY
Date: September 23, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

*S/*
_____
JASON CROWLEY
AMY C. CHANG
Assistant U.S. Attorneys